BEFORE THE THIRD DIVISION, JANUARY 7, 1954

**No. 57755.**—L. Barbier (Arabian American Oil Co.) *v.* United States, protests 208854–K and 208856–K (New York).

Opinion by JOHNSON, J.   At the trial, it appeared that duty was assessed upon the film for the reason that the regulations were not complied with.   The missing documents were admitted in evidence, together with the memoranda of the collector, stating that the regulations were now complied with and had not the period within which the collector may review his liquidations expired, the film would have been admitted free of duty.   On the record presented, the claim of the plaintiff was sustained.

**No. 57756.**—Eelsingh & Lugtigheid *v.* United States, protest 196704–K (New York).

Opinion by JOHNSON, J.   At the trial, one of the owners of the plaintiff testified that the shipment had been received more than a year and a half ago and that no notice was received of a discrepancy in weight.   The importer was unable to supply any additional facts as to the proper weight except to say that it was bought, paid for, and sold upon the basis of 780 pounds.   Counsel for the Government moved in evidence the collector's letter, the surveyor's special report, and all the official papers in the case.   The surveyor reported that 5 cases were weighed in one truckload on a Government electric platform scale; that the gross weight was 1,030; and that, as the actual tare could not be ascertained on the pier, the invoice tare of 234 pounds was applied in accordance with the regulations, which left a total net weight of 796 pounds.   In view of such report, the collector affirmed his action.   Inasmuch as the presumption of correctness attaching to the collector's action was not overcome, the court was constrained to overrule the protest.